

**JUROW & SCHORE, LLC**

855-477-3328

Fax: 973-233-4333

www.jurowandschore.com

Margaret L. Jurow
45 Park St. Suite 4
Montclair, NJ 07042

Rebecca Schore
46 Bayard St. Suite 404
New Brunswick, NJ 08901

October 30, 2014

Hon. Rosemary Gambardella
United States Bankruptcy Court
District of New Jersey
50 Walnut St.
Newark, NJ 07102

RE:  Diane Barbera
     Bankruptcy Case No.  14-26532

Dear Judge Gamdardella,

I am writing to confirm that with the consent of the Trustee and Objecting Creditor Ralph Barbera, the Confirmation hearing in the above matter has been adjourned to December 17, 2014 at 10:00 a.m.

Respectfully submitted,

/S *Margaret Lambe Jurow*

Margaret Lambe Jurow


Cc:  Diane Barbera
     Andrew Pincus, Esq.
     Marie Ann Greenberg, Esq.
     Gale Weinberg, Esq.