

# JUROW & SCHORE, LLC

855-477-3328
Fax: 973-233-4333
www.jurowandschore.com

Margaret L. Jurow
45 Park St. Suite 4
Montclair, NJ 07042

Rebecca Schore
46 Bayard St. Suite 404
New Brunswick, NJ 08901

December 12, 2014

VIA ECF

Hon. Rosemary Gambardella
United States Bankruptcy
Court District of New Jersey
50 Walnut St.
Newark, NJ 07102

RE:  Diane Barbera
     Bankruptcy Case No. 14-6532

Dear Judge Gamdardella,

I am writing to confirm that with the consent of the Trustee and Objecting Creditors the Confirmation hearing in the above matter has been adjourned to January 21, 2015 at 10:00 a.m.

Respectfully submitted,

/S *Margaret Lambe Jurow*

Margaret Lambe Jurow